IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AIRCON CORPORATION**                                                                                          **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:21-cv-383-TBM-RHWR**

**JT CONSTRUCTION, LLC;**
**INSPECTION SPECIALIST, INC.;**
*and* **KARL MEYERMANN** *et al.*                                                       **DEFENDANTS**

### ORDER

This matter came before the Court on Inspection Specialists, Inc. and Karl Meyermann's Motion to Set Aside [18] entries of default. At the hearing conducted in this matter on June 16, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on June 16, 2022, Inspection Specialists, Inc. and Karl Meyermann's Motion to Set Aside [18] entry of default is GRANTED.

THIS, the 16th day of June, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE