IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AIRCON CORPORATION** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:21-cv-393-TBM-RPM**

**JT CONSTRUCTION, LLC** *and*
**INSPECTION SPECIALIST, INC.** *et al.* **DEFENDANTS**

### ORDER

Pursuant to the Stipulation of Voluntary Dismissal [92] as to Inspection Specialists, Inc., the Court finds that Inspection Specialists Motion for Judgment on the Pleadings [43] is now moot.

IT IS THEREFORE, ORDERED AND ADJUDGED that, Inspection Specialists, Inc.'s Motion for Judgment on the Pleadings [43] is MOOT.

THIS, the 8th day of March, 2023.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE